IN RE: NEW YORK MODEL CONTRACTS, INC.                    CASE NO. 03-14940

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS                    199
                                       1-2 / 210

TID #380290

| Case | Debtor |
|---|---|
| 03-14940 A | NEW YORK MODEL CONTRACTS, |
| 312962577266 | INC. |
| RE: LAURIE MCCORMACK | |

MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date    10/19/2009        $ *********765.00

~~~Seven Hundred Sixty-Five Dollars and 00/100

Pay to the Order of
U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

                                    MICHAEL CHIASSON

⑈000000199⑈  ⑆021000021⑆  312962577266⑈

---

10/21/09
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: LAURIE McCORMACK

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

```
# 226364    - KW
* * C O P Y * *
October 21, 2009
     14:24:35


   TREASURY REGFUND
        03-14940
Debtor.: NEW YORK MODEL CONTRACTS, INC.
Trustee: Michael Chiasson
Amount.:             $765.00 CH
Check#.: 199


Total-->  $765.00



FROM: CHIASSON
```

Michael Chiasson, Panel Trustee
United States Bankruptcy Trustee                         (985) 674-9848
Post Office Box 1666
Mandeville, La. 70470

October 19, 2009

Financial Administrator
United States Bankruptcy Court
500 Poydras Street, Suite B - 601
New Orleans, La. 70130

Re:  Case No.: 03-14940
     CASE Name: NEW YORK MODEL CONTRACTS, INC.

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to the creditor(s) listed:

NANCY CONTRERAS                $877.50
3512 EL HOGAR COURT
BAKERSFIELD, CA 93311

LAURIE McCORMACK               $765.00
23 STEPHEN SMITH DRIVE
PUTNAM VALLEY, NY 10579

My check is being sent to you because:
(    ) I issued a check for the same amount, and the same payee listed above, and the check(s) remain unpaid 90 days since the time of issuance.
( XX ) I issued a check for the same amount, and the same payee listed above, and the check(s) were returned to me by the Post Office.
(    ) No check was issued.  the amount due a creditor(s) is less than $5.00.

Sincerely;

Michael Chiasson, Trustee.